UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Real Property Consisting of Approximately 40 Acres, in Becker County, Minnesota, etc.,

Defendant. Civ. No. 01-327(RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 28th day of August, 2002.

* * *

By Order dated August 15, 2002, this matter was set for a Pretrial Conference for September 25, 2002.

The Court has received a correspondence, dated August 27, 2002, from Assistant United States Attorney James S. Alexander, wherein he requests that the Pretrial Conference be stricken because of the pending Motion for Default Judgment. That request will be granted.

THEREFORE, It is --

AUG 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the request for the Pretrial Conference set for September 25, 2002, be stricken from the Court's Calendar is granted

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE