UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-327 (RHK/RLE)

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

REAL PROPERTY CONSISTING OF APPROXIMATELY 40 ACRES IN BECKER COUNTY, MN, WITH ALL BUILDINGS, IMPROVEMENTS, FIXTURES, APPURTENANCES AND ATTACHMENTS THERETO AND ANY AND ALL PROCEEDS FROM ITS SALE OR TRANSFER,

DEFENDANT.

DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Based on the plaintiff's motion for an order granting default default judgment against James B. Young and all unknown persons and entities having an interest in the defendant real property and for forfeiture of the defendant real property to the plaintiff; on all the files and records in this action; and on the Court's finding as follows that:

1. a verified Complaint for Forfeiture with supporting affidavit was filed on February 22, 2001, alleging that the defendant real property was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. the United States Marshal's Service posted a Notice of Complaint for Forfeiture Against Real Property on the defendant real property and served a copy of the Summons, Complaint for Forfeiture with supporting Affidavit, Notice of Complaint for



FILED AUG 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 27 2002
DEPUTY CLERK

Forfeiture Against Real Property, and Notice of Lis Pendens on the County of Becker, through its attorney, and Gary Schwagel giving due notice to all known interested persons and entities to serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the defendant real property within 30 days from service of the Complaint and to serve and file an answer to the Complaint for Forfeiture within 20 days after the date the verified statement of interest was filed;

3. on December 5, 2001, in Criminal Action No. 01-118 (JMR/RLE), James B. Young entered into a Plea Agreement with the United States whereby he admitted that the defendant real property was purchased with proceeds from his illegal drug distributions; agreed to waive notice of this civil forfeiture action against the defendant real property; agreed to not contest the civil forfeiture action, either directly or indirectly through family members or others acting in concert with him; agreed to the entry of default judgment against him; and agreed to the forfeiture of the defendant real property to the United States free and clear of any and all claims by him;

4. a notice of the forfeiture action against the defendant real property was published in the Finance and Commerce, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, on January 12, 19 and 26, 2002, giving notice to all unknown interested persons and entities of the

verified statement of interest and answer requirements;

5. verified statements of interest and answers to the Complaint for Forfeiture were filed by Becker County for real estate taxes that have become a lien against the defendant real property and by Gary Schwagel for the balance due under the contract for deed between him as contract holder/vendor and James B. Young as contract vendee;

6. the plaintiff and Becker County stipulated to Becker County's claim for real estate taxes by Stipulation for Payment of Real Estate Taxes and Order filed with the Clerk of Court;

7. the plaintiff and Gary Schwagel stipulated to the payment of Gary Schwagel's claim for the balance due on the contract by Stipulated Expedited Settlement Agreement filed with the Clerk of Court;

8. no other verified statements of interest in the defendant real property and answers to the Complaint for Forfeiture have been filed with the Clerk of Court and served on the United States Attorney, and the time for filing a verified statement of interest and answer has expired;

9. the plaintiff made application to the Clerk of Court for the entry of default against James B. Young and all unknown persons and entities having an interest in the defendant real property; and

10. the basis for the forfeiture of the defendant real property as set forth in the plaintiff's Complaint for Forfeiture

with supporting affidavit stands unrebutted;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against James B. Young and all unknown persons and entities having an interest in the defendant real property, legally described as: the Northeast Quarter of the Northwest Quarter of Section 26, Township 142, Range 36 according to the U.S. Government Survey, Becker County, Minnesota; and

2. all the right, title and interest of the defaulted persons and entities in the defendant real property is forfeited to the plaintiff, and no right, title or interest in the defendant real property shall exist in any other person or entity except as provided for in the Stipulation for Payment of Real Estate Taxes and Order and the Stipulated Expedited Settlement Agreement; and

3. the defendant real property shall be disposed of by the plaintiff in accordance with law and with the Stipulation for Payment of Real Estate Taxes and Order and Stipulated Expedited Settlement Agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 8/27/02

RICHARD H. KYLE, Judge
United States District Court